IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal NO. 09-609 |
| | § | |
| MATTHEW D. CHOW | § | |
| DEFENDANT | | |

## DEFENDANT'S REQUESTED VOIR DIRE

Defendant Matthew Chow requests that the Court, in addition to its standard voir dire in a criminal case, ask the jury the following questions:

(1) Have you or a close family member or friend been employed by any law enforcement agency or by a private company as a security or loss prevention officer?

(2) Have you or a close family member or friend worked in the music recording industry?

(3) Do you have any experience with or legal training in copyright laws?

(4) Have you used the internet as a way of obtaining music?

(5) Have you or a close family member or friend been employed by RIAA, the Recording Industry Association of America?

(6) Do you have any experience with peer to peer file sharing?

(7) Have you ever applied for or obtained a copyright?

(8) Have you ever been in an internet chat room?

(9) Are you or a close friend a professional musician?

Respectfully submitted,


 /s/ George D. Murphy, Jr.
George D. Murphy, Jr.
Texas State Bar No. 14697990
Attorney for Matthew D. Chow *pro hac vice*
808 Travis Street, 24th Floor
Houston, Texas 77002
(713) 658-1960
(713) 650-1602 Facsimile

**george@georgemurphylawyer.com**

Terry W. Yates
Texas Sate Bar No. 22142600
Attorney for Matthew D. Chow *pro hac vice*
Terry W. Yates & Associates
6750 West Loop South, Suite 845
Bellaire, Texas 77401
(713) 861-3100
(713) 621-0000 Facsimile
**yateslawfirm@hotmail.com**


CERTIFICATE OF SERVICE

I herby certify that on March 10, 2010, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

Jay V. Prabhu
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
**jay.prabhu@usdoj.gov**