UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| Plaintiffs. | § | Criminal No. 4:09-609 Deft 1 and 2 |
| vs. | § § | |
| ADIL R. CASSIM<br>MATTHEW D. CHOW | § § § | |
| Defendants. | § § | |

## ORDER

The jury in the captioned case having retired to deliberate at 12:30 p.m., on March 19, 2010, and the foreman having advised the Court that the jury will continue its deliberation, the Jury Office is hereby

**ORDERED** to provide the jury, consisting of Twelve (12) members with their meal on the 19th day of March 2010.

A copy of this ORDER will be directed to the Clerk of the Financial Section.

**IT IS SO ORDERED.**

Signed in Houston, Texas on this 19th day of March 2010.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE