*USA v Cassim Chow*

*4-CR-609*

## JURY VERDICT FORM

On Count One of the Indictment, we, the jury find the defendant, **ADIL R. CASSIM**

*Not Guilty*
"Guilty"   or   "Not Guilty"

On Count One of the Indictment, we, the jury find the defendant **MATTHEW D. CHOW**

*Not Guilty*
"Guilty"   or   "Not Guilty"

Signed this __19__ day of March, 2010.

_____
Presiding Juror

43