IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON, DIVISION

UNITED STATES OF AMERICA

VS                                                                  CRIM. NO. 09-609

MATTHEW D. CHOW

**MOTION FOR RETURN OF DEFENDANT'S PASSPORT**

The Defendant, MATTHEW CHOW, by and through his attorney of record, George D. Murphy, Jr., requests the return of his passport. Mr. Chow was required to give his passport to the United States District Clerk's Office as a condition of his release. Mr. Chow was acquitted and he now would like to have his passport returned.

Respectfully submitted,

/s/ George D. Murphy, Jr.
George D. Murphy, Jr.
Texas State Bar No. 14697990
808 Travis Street, 24th Floor
Houston, Texas 77002
(713) 658-1960
(713) 650-1602 (FAX)
george@georgemurphylawyer.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5 day of April, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jay Prabhu
Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
jay.prabhu@usdoj.gov

                                /s/ George D. Murphy, Jr.
                                George D. Murphy, Jr.